In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-487 CR


 ______________________


 

GERALD LOWELL CASTILLE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 95156






MEMORANDUM OPINION


 Pursuant to a plea bargain, appellant Gerald Lowell Castille pled guilty to aggravated
robbery. The trial court found the evidence sufficient to find Castille guilty of aggravated
robbery, but deferred finding Castille guilty, placed him on community supervision for ten
years, ordered him to pay restitution in the amount of $50, and assessed a $1600 fine. On
February 13, 2006, the State filed a motion to revoke Castille's unadjudicated community
supervision. Castille pled "true" to two of the alleged violations of the terms of his
community supervision. The trial court found that Castille violated two of the conditions of
his community supervision, found him guilty of aggravated robbery, and assessed
punishment at twenty-five years of confinement. 

 Castille's appellate counsel filed a brief that presents counsel's professional
evaluation of the record and concludes the appeal is frivolous. See Anders v. California, 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978). On February 1, 2007, we granted an extension of time for appellant to file a pro
se brief. We received no response from the appellant. We reviewed the appellate record, and
we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we
find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare
Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's
judgment. (1)

 AFFIRMED.

 _________________________________

 DAVID GAULTNEY

 Justice 

Submitted on May 29, 2007 

Opinion Delivered June 6, 2007 

Do not publish


Before Gaultney, Kreger, and Horton, JJ.


 
1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.